IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALMAZ NEZIROVIC, | CASE NO. 7:15CV00170 |
| Plaintiff, | |
| v. | FINAL ORDER |
| TIMOTHY HEAPHY, *ET AL.*, | By: Norman K. Moon |
| | United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that Nezirovic's request to proceed *in forma pauperis* is **GRANTED**; but this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), and the clerk **SHALL** strike this case from the active docket of the court.

**ENTER**: This \_\_8th\_\_ day of July, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE